## Second Department, June, 1931.

George W. Baker, Jr., and Isabelle C. Baker, Individually and as Executors of the Estate of George W. Baker, Deceased, and Another, Respondents, v. The Bank of Manhattan Trust Company and Others, Defendants. Chelsea Bank and Trust Company, Appellant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

George Baruch, Respondent, v. Samuel White, etc., and Others, Defendants. Martin I. Johnson, Appellant. (Actions Nos. 1 and 2.) — Motions to discontinue appeals, made in open court, granted upon condition that appellant pay respondent ten dollars costs within five days from the entry of the order herein; otherwise, motions denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

Guiseppina Bavara, as Administratrix, etc., of Guiseppi Bavara, Deceased, Appellant, v. Henry W. Rogers and Another, etc., Respondents.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

Joseph Capone, Appellant, v. Matteo Realty Corporation and Others, Defendants. Thomas F. McGuire, Receiver, Appellant, Respondent. (Actions 1 and 2.) — Motion to dismiss appeal denied upon condition that appellant perfect the appeal for Friday, June twelfth (for which day the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

Gilrose Amusement Corporation and Another, Appellants, v. Sam Kaplan, as President of the International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators Union of the United States and Canada, Local 306, etc., Respondent.— Motion for stay denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

Joseph Gross, Respondent, v. Charles Blitman, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent ten dollars costs within five days from service of a copy of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

Seymour Gross, an Infant, by Joseph Gross, His Guardian ad Litem, Respondent, v. Charles Blitman, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent ten dollars costs within five days from service of a copy of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.